970 A.2d 1044

LUCENT TECHNOLOGIES, INC., PLAINTIFF–MOVANT,
v. TOWNSHIP OF BERKELEY HEIGHTS,
DEFENDANT–RESPONDENT.

April 23, 2009.

ORDERED that the motion for leave to appeal is granted.